CINCINNATI BAR ASSOCIATION *v.* HOLTMEIER.

[Cite as Cincinnati Bar Assn. *v.* Holtmeier (1991),
60 Ohio St. 3d 50.]

(No. 90-2535—Submitted February 13, 1991—Decided May 29, 1991.)

*Charles S. Kamine* and *Edwin W. Patterson III,* for relator.

*Sidney C. Lieberman,* for respondent.

*Per Curiam.* We agree with the board's findings and recommendation. Denis G. Holtmeier is publicly reprimanded for violating DR 6-101(A)(3), 7-101(A)(2), and Gov. Bar R. VI. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.